FILED

07/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0228

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0228

IN THE MATTER OF:

J.G.F.,

A Youth Under the Age of 18.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 15, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 15 2022